IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 02-CV-2963 |
| | ) | |
| VERIZON COMMUNICATIONS COMPANY, VERIZON ENHANCED INCOME SECURITY PLAN AND LOUIS F. LEO | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF
TODD C. DUFFIELD TO THE BAR OF THIS COURT PRO HAC VICE**

THE UNDERSIGNED, John E. Iole, pursuant to E.D.Pa. LR 83.5.2, and as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully moves that Todd C. Duffield, an attorney with the firm of Jones, Day, Reavis & Pogue, 500 Grant Street, 31st Floor, Pittsburgh, Pennsylvania, 15219, be admitted to appear and practice in this Court in the instant case as counsel pro hac vice for Defendants Verizon Pennsylvania Inc., improperly identified by Plaintiff as "Verizon Communications Company," Verizon Enhanced Income Security Plan and Louis F. Leo. In support of this motion, I state:

1. Mr. Duffield is a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania, the United States Courts of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania;

2. Mr. Duffield is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice;

3. There are no disciplinary proceedings pending against Mr. Duffield as a member of the Bar in any jurisdiction; and

4. Mr. Duffield is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

I certify that I know that the applicant is a member in good standing of the Bar of the Supreme Court of the Commonwealth of Pennsylvania and that the applicant's private and professional character is good.

WHEREFORE, his admission is moved this __1st__ day of July 2002.

Respectfully submitted,


/s/ John E. Iole_____
John E. Iole
Pa. I.D. #47768

JONES, DAY, REAVIS & POGUE
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
(412) 391-3939

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 02-CV-2963 |
| | ) | |
| VERIZON COMMUNICATIONS | ) | |
| COMPANY, VERIZON ENHANCED | ) | |
| INCOME SECURITY PLAN AND | ) | |
| LOUIS F. LEO | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this ___ day of _____, 2002, upon considering the motion to admit Todd C. Duffield as counsel pro hac vice for Defendants Verizon Pennsylvania Inc., Verizon Enhanced Income Security Plan and Louis F. Leo (collectively "Defendants") in the above-captioned action, it is hereby ordered that Todd C. Duffield is admitted in this case as counsel pro hac vice for Defendants.

BY THE COURT

_____, J.

PI-1068162v1

# CERTIFICATE OF
# TODD C. DUFIELD

I, Todd C. Duffield, an attorney with the firm of Jones, Day, Reavis & Pogue, 500 Grant Street, 31st Floor, Pittsburgh, PA 15219 hereby certify, under penalties and perjury that:

(1) I am a member of the Bar of the Supreme Court of the Commonwealth of Pennsylvania, the United States Courts of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania;

(2) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

(3) There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(4) I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this ___1st day of July, 2002.


　　　　　　　　　　　　　　　　　　　　/s/ Todd C. Duffield_____
　　　　　　　　　　　　　　　　　　　Todd C. Duffield
　　　　　　　　　　　　　　　　　　　Pa. I.D. #84041
　　　　　　　　　　　　　　　　　　　Jones, Day, Reavis & Pogue
　　　　　　　　　　　　　　　　　　　500 Grant Street, 31st Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　(412) 391-3939

PI-1068162v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local Rule 83.5.2 for Admission of Todd C. Duffield to the Bar of this Court Pro Hac Vice, was served upon the following counsel of record via first-class U. S. Mail as follows:

Thomas Martin, Esq.
1845 Walnut Street
25th Floor
Philadelphia, PA  19103

Attorney for Plaintiff

Dated: July 1, 2002

 /s/ Esther M. Piller
Esther M. Piller