```
              UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                    Case No. 2002-2963
                                    Filed: May 17, 2002

DONNA BURKE                         Thomas Martin, Esq.
                                    1845 Walnut Street
                                    Philadelphia, Pa.  19103
    v.                              215-977-9550

VERIZON COMMUNICATIONS              James S. Urban, Esq.
COMPANY                             John E. Iole, Esq.
                                    Todd C. Duffield, Esq.
                                    500 Grant Street
                                    Pittsburgh, Pa.  15219
                                    412-391-3939
```

**NOTICE OF PRETRIAL CONFERENCE**

   Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his chambers, 13th floor Room 13614 on **Tuesday, October 15, 2002 at 3:15 p.m**.

   The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

   If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone. Our office is equipped to initiate such conference calls. If this case involves more than two attorneys, you may initiate the call. Chamber's phone number is 215-597-7847.

   This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

              For the Court,

              _____

              Michael Finney, Deputy
              Clerk to Judge Newcomer
              267-299-7509

Copies mailed to the above counsel on September 25, 2002.

Case 2:02-cv-02963-CN    Document 11    Filed 09/25/2002    Page 2 of 2